UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL NORTON,<br><br>                Petitioner,<br><br>   v.<br><br>HOWARD C. BARRON,<br><br>               Respondent. | CASE NO. 2:24-CV-540-JLR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the relevant portions of the record, and having received no objections, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner has failed to comply with a court order and properly prosecute in accordance with LCR 41(b)(2). This action is therefore dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 10th day of March, 2025.

JAMES L. ROBART
United States District Judge